# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 23-03063-01-CR-S-BCW ) |
| KEVIN LONG, | ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Defendant's Motion to Review and Amend Detention, filed on April 10, 2025. (Doc. 52). On June 6, 2025, District Judge Brian C. Wimes referred this Motion to the undersigned to consider the newly presented evidence and make a determination. (Doc. 55.)

In this action, on June 28, 2023, an Indictment was returned charging Defendant with one count of murder in violation of 18 U.S.C. § 1111 and one count of making a false statement or representation about a matter within a federal agency's jurisdiction in violation of 18 U.S.C. § 1001(a)(2). (Doc. 1.) On July 6, 2023, an arraignment and detention hearing were conducted. On July 20, 2023, finding by a preponderance of the evidence that Defendant is a flight risk and by clear and convincing evidence that he is a danger to the community, the undersigned ordered his detention without bail. (Doc. 16.)

On January 8, 2025, Defendant filed a Motion to Reopen Detention Hearing and Release Defendant on Conditions (the "previous Motion"). (Doc. 33.) On January 28, 2025, the Government filed Suggestions in Opposition to the previous Motion. (Doc. 39.) On February 6, 2025, Defendant filed a Reply in Support of the previous Motion. (Doc. 40.) On March 4, 2025, a hearing was held on the previous Motion. At said hearing, Defendant's Exhibits 1-11 and the

Government's Exhibits 1-6 were admitted without objection. (Docs. 44-45.) On March 27, 2025, the undersigned entered an Order denying the previous Motion. (Doc. 50.)

On April 10, 2025, Defendant filed the instant Motion, which was subsequently referred to the undersigned on June 6, 2025. On June 30, 2025, a hearing was held on the instant Motion, wherein Defendant's Exhibit 1 was admitted without objection, and the undersigned took the matter under advisement.

Thereafter, on August 26, 2025, a Superseding Indictment was returned against Defendant, charging him in Count 1 with murder in violation of 18 U.S.C. § 1111, in Count 2 with endangering the welfare of a child in violation of 18 U.S.C. § 13 and Section 568.045 RSMo, in Count 3 with enticement of a minor in violation of 18 U.S.C. § 2251(a) & (e), and in Count 4 with making a false statement or representation about a matter within a federal agency's jurisdiction in violation of 18 U.S.C. § 1001(a)(2). (Doc. 84.) On August 28, 2025, Defendant was arraigned on the Superseding Indictment, and in light of the new charges against Defendant, the parties were allowed to present additional argument and evidence regarding the issue of detention.

The undersigned has reviewed the instant Motion, the Pretrial Services Report (doc. 11), and the evidentiary record set forth above. After careful consideration of the record before the Court, Defendant's Motion to Review and Amend Detention (doc. 52) is **DENIED**.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: August 29, 2025