IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 23-03063-01-CR-S-BCW |
| KEVIN LONG, | ) |
| Defendant. | ) |

**ORDER**

Before the Court is Defendant's Motion to Compel Production of Exculpatory and Impeachment Evidence. (Doc. 208.) Defendant moves for an order compelling the Government to disclose the name and contact information for any and all individuals with whom the Government consulted about defense expert reports and/or to whom the Government forwarded the defense expert reports, copies of anything the Government received in writing from those individuals, and any report, notes, or recording of any interview or call with those individuals. *Id*. at 12. This action has been referred to the undersigned to determine all pretrial motions in accordance with 28 U.S.C. § 636(b)(1)(A).

Local Rule 37.1, which is made applicable to criminal proceedings by Local Rule 99.0, requires attorneys to attempt to resolve any discovery disputes on their own before requesting court intervention. Specifically, counsel must first confer or attempt to confer in good faith by telephone or in person with opposing counsel about the matter. Sending an email is insufficient. After conferring, if issues remain unresolved, counsel must then arrange for a telephone conference with the court before filing any motion.

Here, the undersigned finds no showing of compliance with Local Rule 37.1 prior to the filing of the motion. Accordingly, the Motion to Compel Production of Exculpatory and Impeachment Evidence is **DENIED** without prejudice.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: January 27, 2026